## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Victoria A. Cipriani    CHAPTER 13

Debtor(s)

BKY. NO. 24-21480 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

Respectfully submitted,

/s/ Brent J. Lemon
Brent Lemon
31 Jul 2024, 10:40:18, EDT

Denise Carlon, Esq. (317226)  ☐
Brent Lemon, Esq. (86478)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 9e3e7ebf5c7154da3c21bccf869704c03d85994cdb06cf7065ea92dce04235c6