IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 24-21480-CMB |
| Victoria A. Cipriani | : | |
| | : | Chapter 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | |

# NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST RESCHEDULING CHAPTER 13 MEETING OF CREDITORS

*NOTICE IS HEREBY GIVEN THAT* the meeting of creditors has been rescheduled to *9/30/2024 at 11:00 A.M.*

The meeting will be held remotely by the Trustee via Zoom, how to participate: go to [www.ch13pitt.com](www.ch13pitt.com), meetings@chapter13trusteewdpa.com. The confirmation hearing will be held at the same time and place.

This notice supercedes the date and time previously set for the meeting of creditors and confirmation hearing.

                                                Michael R. Rhodes, Clerk
                                                U.S. Bankruptcy Court
                                                5414 U.S. Steel Tower
                                                600 Grant Street
                                                Pittsburgh, PA 15219

Dated: August 20, 2024        By:      /s/ Olivia Brown
                                                     Deputy Clerk

B-205-C

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 24-21480-CMB

Victoria A. Cipriani     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2

Date Rcvd: Aug 21, 2024     Form ID: pdf900     Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Victoria A. Cipriani, 105 Crest Street, Box 113, Cuddy, PA 15031-9711 |
| 15810903 | + | Duquesne Light Company, 707 Grant St., Pgh., PA 15219-1933 |
| 15821126 | + | Muni. Auth. Twp. South Fayette, 519 Court Place, Pittsburgh, PA 15219-2002 |
| 15821128 | | Pa. Dept. of Labor & Industry, U.C., PO Box 67503, Harrisburg, PA 17106-7503 |
| 15821129 | + | Penna American Water, PO B 578, Alton, IL 62002-0578 |
| 15821132 | + | Roberta F. Kalesky, 105 Crest Street, Cuddy, PA 15031-9711 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15821118 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 21 2024 07:45:00 | Americredit Financial Services, Inc., 801 Cherry Street, Fort Worth, TX 76102 |
| 15838289 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 21 2024 07:45:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 15821119 | + | Email/Text: bankruptcy@clearviewfcu.org | Aug 21 2024 07:45:00 | Clearview FCU, 8805 University Blvd., Coraopolis, PA 15108-4212 |
| 15821120 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 21 2024 07:55:16 | Credit One Bank, 6801 S. Cimarron Rad., Las Vegas, NV 89113-2273 |
| 15821122 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 21 2024 07:45:00 | Internal Revenue Service, Kansas City, MO 64999-0045 |
| 15810904 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 21 2024 07:46:00 | Jefferson Capital Systems, PO Box 7999, St. Cloud, MN 56302 |
| 15822332 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 21 2024 07:46:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15821124 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2024 07:54:52 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 15813269 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 21 2024 07:55:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15821125 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 21 2024 07:45:00 | Midland Funding LLC, PO B 2011, Warren, MI 48090-2011 |
| 15821127 | | Email/PDF: cbp@omf.com | Aug 21 2024 07:55:29 | One Main, POB 3251, Evansville, IN 47731-3251 |
| 15821131 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 21 2024 07:45:00 | PNC Bank, PO Box 1820, Dayton, OH 45401 |
| 15810906 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 21 2024 07:45:00 | PNC Bank NA, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 15810905 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 21 2024 07:45:00 | Pennsylvania Dept. of Revenue, PO B 280946, Hbg, PA 17128-0946 |

Case 24-21480-CMB   Doc 34   Filed 08/22/24   Entered 08/23/24 07:33:53   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 21, 2024 | Form ID: pdf900 | Total Noticed: 23 |

| 15821133 | | Email/PDF: ebn_ais@aisinfo.com | | |
|---|---|---|---|---|
| | | | Aug 21 2024 07:55:13 | Verizon, PO B 248838, Oklahoma City, OK 73124-8838 |
| 15823508 | + | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Aug 21 2024 07:45:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15810907 | + | Email/Text: bankruptcy@firstenergycorp.com | | |
| | | | Aug 21 2024 07:45:00 | West Penn Power, 800 Cabin Hill Drive, Greensburg, PA 15601-1689 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| 15821121 | *+ | Duquesne Light Company, 707 Grant St., Pgh., PA 15219-1933 |
| 15821123 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St. Cloud, MN 56302 |
| 15821130 | *+ | Pennsylvania Dept. of Revenue, PO B 280946, Hbg, PA 17128-0946 |
| 15821134 | *+ | West Penn Power, 800 Cabin Hill Drive, Greensburg, PA 15601-1689 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 22, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Mary Bower Sheats | on behalf of Debtor Victoria A. Cipriani mary@mbsheatslaw.com mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4