IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Victoria A. Cipriani | : | Case No. 24-21480 CMB |
|     Debtor | : | |
| Victoria A. Cipriani | : | Chapter 13 |
|     Movant | : | |
|     vs. | : | Related to documents nos. 46, 47 |
| Ronda J. Winnecour, Chapter 13 Trustee, | : | |
|     Respondents | : | |
| | : | |

## CERTIFICATE OF SERVICE OF THE AMENDED SCHEDULE I AND THE TEXT ORDER ENTERED ON OCTOBER 15, 2024 AT DOCUMENT NUMBER 47

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on OCTOBER 15, 2024, I served a copy of the AMENDED SCHEDULE I, together with the amendment cover sheet, and the text order entered at document 47, upon the persons and in the manner indicated below, by (describe the mode of service):

    Via CM/ECF upon the United States Trustee, the Chapter 13 trustee, and upon all creditors and parties in interest who have requested notice via CM/ECF.

    I certify under penalty of perjury that the foregoing is true and correct.

Executed on: <u>October 16, 2024</u>            /s/Mary Bower Sheats, Esquire
        (Date)            (Signature)
        Mary Bower Sheats, Esquire,
        Pa I.D. #27911
        The Gubinsky Law Firm
        1195 Washington Pike, Suite 325
        Bridgeville, PA 15017
        (412) 281-7266
        mary@mbsheatslaw.com